# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEOPOST USA, INC.,** | ) | |
| | ) | 8:11CV100 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **SCOTT M. ERICKSON and** | ) | |
| **KIMBERLY ERICKSON,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 18) filed by the defendants stating they filed a Voluntary Petition for Bankruptcy under Chapter 7 on April 7, 2011. The filing was made in the District of Nebraska and is designated BK11-40970. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case and any pending motions shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 12th day of April, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge